**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Sunworks, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FKA MachineTalker FKA Solar3D, Inc. |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 01-0592299 |

**4.** **Debtor's address**

**Principal place of business**

1555 Freedom Boulevard
Provo, UT 84604
Number, Street, City, State & ZIP Code

Utah
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5.** **Debtor's website** (URL)   https://sunworksusa.com/

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Sunworks, Inc.                                              Case number (*if known*) _____
          _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _2211_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | See Attachment | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

Debtor   Sunworks, Inc.
_____        Case number (*if known*) _____
         Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**█████  Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Sunworks, Inc.
         Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 5, 2024
               MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Mark Trout
Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

X  */s/ David M. Klauder*
Signature of attorney for debtor

Date   February 5, 2024
       MM / DD / YYYY

David Klauder
Printed name

Bielli & Klauder, LLC
Firm name

1204 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   (302) 803-4600      Email address   dklauder@bk-legal.com

5769 DE
Bar number and State

Debtor    Sunworks, Inc.
—————————————————————————————    Case number (*if known*) ———————————————————
          Name

| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE
—————————————————————————————

Case number *(if known)* ——————————————————    Chapter ___7___

☐ Check if this an amended
   filing

## FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | Commercial Solar Energy Inc. | | Relationship to you | Affiliate |
| District | Delaware | When 2/5/24 | Case number, if known | |
| Debtor | Solcius LLC | | Relationship to you | Affiliate |
| District | Delaware | When 2/5/24 | Case number, if known | |
| Debtor | Sunworks United Inc. | | Relationship to you | Affiliate |
| District | Delaware | When 2/5/24 | Case number, if known | |

## OFFICER'S CERTIFICATE

### February 5, 2024

The undersigned, Mark Trout, hereby certifies that he is the duly appointed Chief Executive Officer of Sunworks, Inc., a Delaware corporation (the "Company"), and further certifies that he is authorized to make the following certification:

Attached hereto is a true, complete and correct copy of the Resolutions of the Board of Directors  of the Company dated January 30, 2024.  Such resolutions remain in full force and effect as of the date of execution of this certificate.

IN WITNESS WHEREOF, the undersigned has caused this Officer's Certificate to be executed as of the date first identified above.

Mark Trout
Chief Executive Officer
Sunworks, Inc.

## RESOLUTION OF THE BOARD OF DIRECTORS OF SUNWORKS, INC.

### January 30, 2024

The Board of Directors (the "Board") of Sunworks, Inc., a Delaware corporation (the "Company"), attended a duly held meeting of the Board on January 30, 2024, pursuant to a notice duly and validly given or waived in accordance with the requirements under the Delaware General Corporation Law ("DGCL"), the Company's charter, and the bylaws of the Company (the "Bylaws") and adopted, ratified and approved the following resolutions:

### RESOLUTIONS

**WHEREAS**, the Board has reviewed and considered the materials presented by and the recommendations of both the management of the Company and the Company's financial and legal advisors regarding the Company's liabilities and liquidity situation; and

**WHEREAS**, the Board has consulted with the Company's management and financial and legal advisors and has considered fully each of the strategic alternatives available to the Company; and

**WHEREAS**, the Board has received information and recommendations from, asked questions of, and consulted with the Company's management and financial and legal advisors, including in connection with the consideration of the strategic alternatives available to the Company; and

**WHEREAS**, in the Board's judgment, based upon the foregoing, it is desirable and in the best interests of the Company, its creditors, equity holders, employees, and other interested parties that the Company file a voluntary petition for relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"); and

**NOW, THEREFORE, BE IT RESOLVED**, that the Chief Executive Officer of the Company (the "Authorized Officer") be, and hereby is, authorized and directed in the name and on behalf of the Company to execute and verify a voluntary petition to commence proceedings under chapter 7 of the Bankruptcy Code and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine;

**RESOLVED, FURTHER,** that each of the Company and the Authorized Officer be, and hereby are, authorized and directed to execute and verify a voluntary petition to commence proceedings under chapter 7 of the Bankruptcy Code for each of its wholly owned direct and indirect subsidiaries Sunworks United Inc., Solcius, LLC, and Commercial Solar Energy Inc. and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine;

**RESOLVED FURTHER**, that the Authorized Officer shall be, and hereby is, authorized and directed in the name and on behalf of the Company to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other

and further actions which such Authorized Officer or the Company's legal counsel may deem necessary, proper, or desirable in connection with the case under chapter 7 of the Bankruptcy Code and other matters consistent therewith, with a view to the successful prosecution of such case;

**RESOLVED FURTHER**, that the Authorized Officer shall be, and hereby is, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER**, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Authorized Officer on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

\*　　\*　　\*　　\*

# United States Bankruptcy Court
### District of Delaware

In re    Sunworks, Inc. _____

                              Debtor(s)

Case No. _____

Chapter    7 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Sunworks, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

_February 5, 2024_____
Date

*/s/ David M. Klauder*_____
David Klauder
Signature of Attorney or Litigant
Counsel for    Sunworks, Inc._____
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
(302) 803-4600  Fax:
dklauder@bk-legal.com

## United States Bankruptcy Court
### District of Delaware

In re   Sunworks, Inc. _____     Case No. _____

Debtor(s)                          Chapter     7

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February 5, 2024 _____          _____

Mark Trout/Chief Executive Officer
Signer/Title

4TH JUDICIAL DAO
105 E. VERMIJO AVE
COLORADO SPRINGS, CO 80903

ADAMS, MICHAEL
7920 PAWNEE WAY
ANTELOPE, CA 95843

ADP, INC.
ONE ADP BOULEVARD
ROSELAND, NJ 07068

ADREM INSURANCE SERVICES LLC
2261 MARKET STREET #4265
SAN FRANCISCO, CA 94114

AISPURO, CESAR
1424 18TH STREET
OROVILLE, CA 95965

ALASKA DEPARTMENT OF LAW CONSUMER PROTECTION UNIT
1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, AK 99501-1994

ALBANY COUNTY DEPARTMENT OF CONSUMER AFFAIRS
ATTN: ALBANY COUNTY DEPARTMENT OF GENERAL SERVICES
HAROLD L. JOYCE ALBANY COUNTY OFFICE BUILDING
112 STATE STREET ROOM 1315
ALBANY, NY 12207

ALESNA, JOSEPH
4653 TALLYHO DR
SACRAMENTO, CA 95826

ALLEN, JACOB
3618 STAUSS AVENUE
OROVILLE, CA 95966

ALLIED WORLD SURPLUS LINES INSURANCE COMPANY
ATTN: PROFESSIONAL LIABILITY UNDERWRITING
199 WATER STREET
NEW YORK, NY 10038

ALLIED WORLD SURPLUS LINES INSURANCE COMPANY
C/O ALLIED WORLD ASSURANCE COMPANY
1690 NEW BRITAIN AVENUE, SUITE 101
FARMINGTON, CT 06032

ALMEIDA & ASSOCIATES
ATTN: MANNY ALMEIDA

221 OLD OAKS LANE
SIERRA MADRE, CA 91024

AMEZQUITA, JESUS
8150 SWANSTON LANE
GILROY, CA 95020

ANDERSEN TAX LLC
ATTN: DARIN YONEMURA
3200 PARK CENTER DRIVE
SUITE 1200
COSTA MESA, CA 92626

ANDOE, TANNER
2566 FOOTHILL BLVD.
OROVILLE, CA 95966

ANTEKEIER, JOSEPH
603 JOANNE LANE
ROSEVILLE, CA 95678

APA BENEFITS INC.
8899 SOUTH 700 EAST, SUITE 225
SANDY, UT 84070

APODACA, SHANE
2214 STUMP DRIVE
OROVILLE, CA 95966

ARGONAUT INSURANCE COMPANY
ATTN: GENERAL COUNSEL
P.O. BOX 469012
SAN ANTONIO, TX 78246

ARIZONA ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION & ADVOCACY
2005 N CENTRAL AVENUE
PHOENIX, AZ 85004

ARIZONA ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION & ADVOCACY
400 WEST CONGRESS
SOUTH BUILDING, SUITE 315
TUCSON, AZ 85701-1367

ARREGUIN, JESSE
2255 SOUTH MAPLE AVE
FRESNO, CA 93725

ATKINSON, JEREMY

430 LYNN WAY
YUBA CITY, CA 95991

ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
ATTN: OFFICE OF CONSUMER PROTECTION
400 6TH STREET, NW
WASHINGTON, DC 20001

ATTORNEY GENERAL'S OFFICE
ATTN: CONSUMER INTEREST DIVISION
STATE OF ALABAMA
501 WASHINGTON AVENUE
MONTGOMERY, AL 36104

ATTORNEY GENERAL'S OFFICE
ATTN: CONSUMER PROTECTION DIVISION
323 CENTER STREET SUITE 200
LITTLE ROCK, AR 72201

AXIS SURPLUS INSURANCE COMPANY
ATTN: GENERAL COUNSEL
10000 AVALON BOULEVARD, SUITE 200
ALPHARETTA, GA 30009

AZIZ, CALEB
6201 SLIGO COURT
ORANGEVALE, CA 95662

BARAJAS, ALEXANDRO
114 DONATELLA COURT
EL DORADO HILLS, CA 95762

BARKVE, ANTHONY
7465 MILLPORT DR.
ROSEVILLE, CA 95678

BATTLES, CHRISTOPHER
610 4TH STREET
WHEATLAND, CA 95692

BAUGH, JUSTIN
1288 GLENSHIRE LN
CHICO, CA 95973

BECERRA, VICTOR
124 S HANEY AVENUE, APT. M
REEDLEY, CA 93654

BENNETT, ANGELO
124 TATIANA COURT

ROSEVILLE, CA 95747

BERGEN COUNTY OFFICE OF CONSUMER PROTECTION
ONE BERGEN COUNTY PLAZA
HACKENSACK, NJ 07601-7076

BERGEN COUNTY OFFICE OF CONSUMER PROTECTION
ONE BERGEN COUNTY PLAZA
5TH FLOOR RM 580
HACKENSACK, NJ 07601-7076

BERKLEY CRIME
C/O BERKLEY INSURANCE COMPANY
433 SOUTH MAIN STREET, SUITE 200
WEST HARTFORD, CT 06110

BERKLEY CRIME
C/O BERKLEY INSURANCE COMPANY
475 STEAMBOAT ROAD
GREENWICH, CT 06830

BERRY, JACKSON
156 CANYON HIGHLANDS DRIVE
OROVILLE, CA 95966

BICKFORD, COLLIN
1017 OLD MILL CIR
ROSEVILLE, CA 95747

BICKFORD, DEVAN
8116 GLEN ALTA WAY
CITRUS HEIGHTS, CA 95610

BILY, RICHARD
PO BOX 3
DEETH, NV 89823

BLAIR, DYLAN
4135 FOOTHILL BLVD
OROVILLE, CA 95966

BOEHM, DANIEL
1215 PINTO CT
AUBURN, CA 95603

BONE, BRENDEN
2450 NEVADA AVE
OROVILLE, CA 95966

BONNER, CODY

6818 RIO LINDA BLVD
RIO LINDA, CA 95673

BOUTSIKAKIS, ANDY
710 VISTA WAY #302
RED BLUFF, CA 96080

BRINTON, MARTINE
2840 MITCHELL AVE
OROVILLE, CA 95966

BROMMERICH, MATTHEW
6113 HILLSDALE BOULEVARD
SACRAMENTO, CA 95842

BROWARD COUNTY
ATTN: CONSUMER PROTECTION DIVISION
1 N. UNIVERSITY DRIVE
PLANTATION, FL 33324

BUCKS COUNTY DEPARTMENT OF CONSUMER PROTECTION
BUCKS COUNTY ADMINISTRATION BUILDING
55 EAST COURT STREET
DOYLESTOWN, PA 18901

BUMGARNER, CASEY
567 E LASSEN AVE
CHICO, CA 95973

BURLINGTON COUNTY OFFICE OF CONSUMER AFFAIRS
49 RANCOCAS ROAD
MOUNT HOLLY, NJ 08060

BURLINGTON COUNTY OFFICE OF CONSUMER AFFAIRS/WEIGHTS & MEASURES
49 RANCOCAS ROAD
MOUNT HOLLY, NJ 08060

BURTON, JOSHUA
1860 I STREET
RIO LINDA, CA 95673

CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS
1625 NORTH MARKET BLVD
SUITE N 112
SACRAMENTO, CA 95834

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
PO BOX 942879
SACRAMENTO, CA 94279

CALIFORNIA SECRETARY OF STATE
1500 11TH ST
SACRAMENTO, CA 95814

CALLAWAY, RACHAEL
6225 CARLOW DRIVE
CITRUS HEIGHTS, CA 95621

CALLISON, JOSEPH
6188 BRACE RD
LOOMIS, CA 95650

CANADIAN SOLAR (USA) INC.
3000 OAK ROAD
SUITE 400
WALNUT CREEK, CA 94597

CAPE MAY COUNTY CONSUMER AFFAIRS
4 MOORE ROAD
CAPE MAY COURT HOUSE, NJ 08210

CAPE MAY COUNTY OFFICE OF CONSUMER AFFAIRS
4 MOORE ROAD DN 310
CAPE MAY, NJ 08210

CARDONA, JOEL
748 DUMPLING AVENUE
DINUBA, CA 93618

CARILLO, GIOVANI
5100 VALLEY HI DRIVE
SACRAMENTO, CA 95823

CARRILLO LABRADA, JIM
1945 A. STREET
OROVILLE, CA 95966

CARRILLO RAZO, ADRIAN
4300 AMAPOLA WAY
SACRAMENTO, CA 95823

CARRILLO, GUSTAVO
4121 MCNAMARA WAY
SACRAMENTO, CA 95823

CARRUTH, BILLY
5644 HARVEST RD
ROCKLIN, CA 95765

CASNER, MARK

2846 PEKINS COURT
WEST SACRAMENTO, CA 95691

CASTILLO, EDUARDO
4454 EAST HOME AVENUE
FRESNO, CA 93703

CASTRO, AARON
44 VISTA AVENUE
WINNEMUCCA, NV 89445

CERVANTES, JUAN
274 MANFRE RD
WATSONVILLE, CA 95076

CHAMBERLAIN, CHRISTOPHER
2233 CASA DULCE WAY
PLUMAS LAKE, CA 95961

CHIRINOS DE OLIVEIRA, RUBEN
6039 SEMINARY AVE
OAKLAND, CA 94605

CITY OF BOSTON
ATTN: CONSUMER AFFAIRS
1 CITY HALL SQUARE, ROOM 809
BOSTON, MA 02201

CITY OF CAMBRIDGE
ATTN: CONSUMERS COUNCIL
795 MASSACHUSETTS AVE.
CAMBRIDGE, MA 02139

CITY OF CHICAGO
ATTN: BUSINESS AFFAIRS AND CONSUMER PROTECTION
121 N. LASALLE STREET
8TH FLOOR
CHICAGO, IL 60602

CITY OF REVERE
ATTN: CONSUMER AFFAIRS
281 BROADWAY
REVERE, MA 02151

CITY OF SPRINGFIELD
ATTN: MAYOR'S OFFICE OF CONSUMER PROTECTION
CITY HALL, ROOM 315
36 COURT STREET
SPRINGFIELD, MA 01103

```
COLONY INSURANCE COMPANY
ATTN: GENERAL COUNSEL
P.O. BOX 469012
SAN ANTONIO, TX 78246

COLORADO DEPARTMENT OF LAW
ATTN: CONSUMER PROTECTION SECTION
RALPH L. CARR COLORADO JUDICIAL CENTER, 9TH FL
1300 BROADWAY
DENVER, CO 80203

COLORADO DEPARTMENT OF REVENUE
PO BOX 17087
DENVER, CO 80217-0087

COMPTROLLER OF MARYLAND
ATTN: REVENUE ADMIN. DIVISION
110 CARROLL STREET
ANNAPOLIS, MD 21411-0001

CONNECTICUT STATE DEPARTMENT OF CONSUMER PROTECTION
ATTN: MICHELLE H. SEAGULL, COMMISSIONER
450 COLUMBUS BOULEVARD
SUITE 901
HARTFORD, CT 06103-1840

CONTRA COSTA COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION (CIVIL) UNIT
900 WARD STREET
MARTINEZ, CA 94553

CORBALEY, JACOB
128 VALLEY VIEW DRIVE
OROVILLE, CA 95966

CORRALES, RONICA
641 W OLIVE ST
COLTON, CA 92324

CREPEAULT, THOMAS
7661 KILARNEY LANE #135
CITRUS HEIGHTS, CA 95610

CRITTENDEN, MATTHEW
9120 HOURGLASS CIRCLE
ROSEVILLE, CA 95747

CRONKITE & KISSELL LLC
ATTN: CLINT CRONKITE
1901 AVENUE OF THE STARS
```

SUITE 200
LOS ANGELES, CA 90067

CROWLEY, JOSEPH
8123 SUNRISE BLVD #165
CITRUS HEIGHTS, CA 95610

CRUM & FORSTER SPECIALTY INSURANCE COMPANY
305 MADISON AVENUE
MORRISTOWN, NJ 07962

CUMBERLAND COUNTY DEPARTMENT OF CONSUMER AFFAIRS
220 NORTH LAUREL STREET
BRIDGETON, NJ 08302

CUMBERLAND COUNTY DIVISION OF CONSUMER AFFAIRS
164 W. BROAD ST
BRIDGETON, NJ 08302

CUYAHOGA COUNTY CONSUMER AFFAIRS
2079 EAST NINTH STREET
CLEVELAND, OH 44115

DAVILA, ANTHONY
5117 GIBBONS DRIVE
CARMICHAEL, CA 95608

DAVIS, JAMES
2562 NOBI DRIVE
RIVERBANK, CA 95367

DAVIS, JESSE
4112 IMAGINE COURT
MODESTO, CA 95356

DAVIS, KOREY
179 S P ST
MERCED, CA 95341

DAWSON, DILLON
1464 LUCY WAY
CHICO, CA 95973

DELABAHAN, KEVIN
876 GOVERNOR DRIVE
EL DORADO HILLS, CA 95762

DELAWARE COUNTY OFFICE OF CONSUMER AFFAIRS
GOVERNMENT CENTER BUILDING
201 WEST FRONT STREET

MEDIA, PA 19063

DELAWARE DEPARTMENT OF JUSTICE
ATTN: FRAUD AND CONSUMER PROTECTION UNIT
CARVEL STATE OFFICE BUILDING
820 N FRENCH STREET
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE, DIVISION OF CORPORATIONS
401 FEDERAL ST, STE 4
PO BOX 898
DOVER, DE 19903

DELGADO, FRANK
7216 PRELUDE LN
HUGHSON, CA 95326

DELTA DENTAL OF CALIFORNIA
100 FIRST STREET
SAN FRANCISCO, CA 94105

DELUGE, MATTHEW
242 VASSAR STREET
RENO, NV 89502

DENVER DISTRICT ATTORNEY
ATTN: CONSUMER PROTECTION DIVISION
201 W. COLFAX AVENUE
8TH FLOOR
DENVER, CO 80202

DEPARTMENT OF CONSUMER AFFAIRS
CONSUMER INFORMATION DIVISION
1625 NORTH MARKET BLVD.
SUITE 112
SACRAMENTO, CA 95834

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
1100 4TH STREET, SW
WASHINGTON, DC 20024

DEVITO, JUSTIN
3400 HUNTSMAN DR
SACRAMENTO, CA 95826

DEXTER, AARON
9 SEARS ROAD
GROTON, NY 13073

DIAS, JESSE

6144 CRATER LAKE DRIVE
ROSEVILLE, CA 95678

DILLON, SEAN
7870 LOCHER WAY
CITRUS HEIGHTS, CA 95610

DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL
400 6TH STREET NW
WASHINGTON, DC 20001

DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION UNIT
111 EAST 11TH STREET
LAWRENCE, KS 66044

DURON, PAUL
1626 RIVERSPRINGS AVE
PORTERVILLE, CA 93257

DYSON, DAVID
5013 BONNY KAYE CT
ANTELOPE, CA 95843

DYSTHE, KRISTIAN
3469 MONTERO RD
CAMERON PARK, CA 95682

EDWARDS, SHANE
31 GLENBROOK COURT
CHICO, CA 95973

ELWELL, CURTIS
54 BARKER COURT
CHICO, CA 95928

EMARD, BETHLEN
1041 DOLCE LANE
ROSEVILLE, CA 95661

EMRICK, BRETT
5636 JEWELL RD.
PARADISE, CA 95969

ESQUIVEL, ESTEVAN
628 2ND ST
MODESTO, CA 95351

ESSEX COUNTY DIVISION OF CITIZEN SERVICES

50 SOUTH CLINTON STREET
SUITE 5400
EAST ORANGE, NJ 07018

ESSEX COUNTY DIVISION OF CITIZEN SERVICES
ATTN: CONSUMER PROTECTION
465 DR. MARTIN LUTHER KING, JR. BOULEVARD
NEWARK, NJ 07102

EUCLID FIDUCIARY
234 SPRING LAKE DRIVE
ITASCA, IL 60143

EWING, LUKE
5 LA CRESENTA DR
OROVILLE, CA 95965

FAIRFAX COUNTY DEPARTMENT OF CABLE AND CONSUMER SERVICES
ATTN: CONSUMER PROTECTION DIVISION
12000 GOVERNMENT CENTER PARKWAY
SUITE 433
FAIRFAX, VA 22035

FAREBROTHER, BRETT
334 GROVE STREET
ROSEVILLE, CA 95678

FEUERHERM, SCOTT
14244 PINE HILL COURT
GRASS VALLEY, CA 95949

FIGUEROA, CHRISTIAN
231 COLORADO COURT
TULARE, CA 93274

FLITTNER, MARIBEL
5405 FELSPAR ST
RIVERSIDE, CA 92509

FLORES, ADRIAN
1734 S GARDEN ST
VISALIA, CA 93277

FLORES, RUBEN
2755 SHERLOCK DR
SAN JOSE, CA 95121

FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
FLORIDA CAPITOL
TALLAHASSEE, FL 32399-0800

```
FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399

FOULK, JOSHUA
124 TATIANA COURT
ROSEVILLE, CA 95747

FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
2281 TULARE ST
ROOM 304
FRESNO, CA 93721

FRIEND, RYAN
7265 CAMP FAR WEST RD
SHERIDAN, CA 95681

FUCHS, MATHEW
5594 LOWER WYANDOTTE ROAD
OROVILLE, CA 95966

GARNER, TY
2017 ALTA LOMA ST
DAVIS, CA 95616

GARNICA, RICHARD
1184 KENSINGTON LN
LINCOLN, CA 95648

GARRETT, AMBER
555 SILVER DRIVE
VACAVILLE, CA 95687

GASSY, MATTHEW
117 RANCHLAND COURT
ROSEVILLE, CA 95747

GEORGIA DEPARTMENT OF LAW CONSUMER PROTECTION DIVISION
2 MARTIN LUTHER KING, JR DRIVE
SUITE 356
ATLANTA, GA 30334-9077

GEORGIA DEPARTMENT OF REVENUE
ATTN: STATE REVENUE COMMISSIONER
1800 CENTURY BLVD. NE, SUITE 15300
ATLANTA, GA 30345

GETZ, ANNMARIE
```

4840 ANNA DR
SAN JOSE, CA 95124

GILBERT, DILLON
5771 AUTREY LN
OROVILLE, CA 95966

GLOBAL SOFTWARE, LLC (AN INSIGHTSOFTWARE COMPANY)
ATTN: LEGAL
8529 SIX FORKS ROAD, SUITE 400,
RALEIGH, NC 27615

GLOUCESTER COUNTY OFFICE OF CONSUMER AFFAIRS
GLOUCESTER COUNTY ADMINISTRATION BUILDING
2 SOUTH BROAD ST.
PO BOX 337
WOODBURY,, NJ 08096

GLOUCESTER COUNTY OFFICE OF CONSUMER AFFAIRS AND WEIGHTS & MEASURES
PO BOX 337
2 SOUTH BRAOD STREET
WOODBURY, NJ 08096

GOLD, LEONARD
7972 LA RIVIERA DRIVE
SACRAMENTO, CA 95826

GONZALEZ, ALEXIS
13153 JASMINE STREET
PARLIER, CA 93648

GOWEN, ANDREW
18456 EAST OAK HILL LANE
QUEEN CREEK, AZ 85142

GRANDA, JOHN
937 W WOODWARD AVE
FRESNO, CA 93706

GUERRERO, RUBEN
644 KATHLEEN COURT
EXETER, CA 93221

GURNO, JASON
127 RAMBLING DRIVE
FOLSOM, CA 95630

GUZMAN, JUAN
2607 HILLCREST STREET
SELMA, CA 93662

HA, KHOA
1360 E WILLIAM CT
SAN JOSE, CA 95116

HALL, AUSTIN
8041 LOS ALTOS DRIVE
LOS MOLINOS, CA 96055

HALL, EDWARD
25392 REDAMONTI LANE
LOS MOLINOS, CA 96055

HANSON, ANTHONY
204 ARDMORE AVENUE
ROSEVILLE, CA 95678

HARMAN, GRANT
4086 ENCLAVE DRIVE
TURLOCK, CA 95382

HARVEY, PHILLIP
8718 CRUCERO DRIVE
ELK GROVE, CA 95624

HEATHER SPERL
C/O WISE LAW OFFICE
ATTN: JEFFREY L. WISE
1315 "L" STREET
BAKERSFIELD, CA 93301

HENDERSON, TYLER
133 ACACIA AVENUE
OROVILLE, CA 95966

HERNANDEZ ESCAMILLA, CESAR
2317 HOWE AVENUE
SACRAMENTO, CA 95825

HERRERA RAMOS, ENRIQUE
667 EAST COSTNER STREET
FARMERSVILLE, CA 93223

HINOJOS, ELIAS
5612 LAYTON DRIVE
NORTH HIGHLANDS, CA 95660

HORTON, WILLIAM
2556 BLACK HAWK LN.
LINCOLN, CA 95648

HOWARD COUNTY
ATTN: OFFICE OF CONSUMER AFFAIRS
9830 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046

HUDSON COUNTY DIVISION OF CONSUMER AFFAIRS
595 NEWARK AVENUE
JERSEY CITY, NJ 07306

HUDSON COUNTY DIVISION OF CONSUMER PROTECTION
257 CORNELISON AVENUE — 4TH FLOOR
JERSEY CITY , NJ 07302

HUDSON INSURANCE COMPANY
100 WILLIAM STREET
NEW YORK, NY 10038

HUDSON, WAILEN
PO BOX 51
COLFAX, CA 95713

HUIZAR, ALEJANDRO
426 RUSSELL STREET
WINTERS, CA 95694

HURD PEREZ, KYLE
1320 MOCCASIN TRAIL
PLACERVILLE, CA 95667

HURST, ALEXANDER
3275 GLEN AVENUE
OROVILLE, CA 95966

IDAHO STATE TAX COMMISSION
ATTN: COLLECTION DIVISION
PO BOX 36
BOISE, ID 83722-0410

ILLINOIS DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD, IL 62794-9035

INDIANA DEPARTMENT OF REVENUE
ATTN: LEGAL DIVISION
100 N. SENATE AVE MS 102
INDIANAPOLIS, IN 46204

INIGO INSURANCE

ATTN: GENERAL COUNSEL
ONE CREECHURCH PLACE
7TH FLOOR
LONDON,  EC3A 5AY

INIGUEZ, ARMANDO
401 S. LOS ANGELES
TULARE, CA 93274

INSIGHTSOFTWARE LLC
8529 SIX FORKS ROAD
SUITE 400
RALEIGH, NC 27615

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERRANTE, ALEXANDER
1 LAVA CAP COURT
CHICO, CA 95928

IOWA DEPARTMENT OF REVENUE
PO BOX 10330
DES MOINES, IA 50306-0330

IPFS CORPORATION
P.O. BOX 100391
PASADENA, CA 91189-0391

IRONSHORE SPECIALTY INSURANCE COMPANY
C/O LIBERTY MUTUAL INSURANCE COMPANY
ATTN: GENERAL COUNSEL
175 BERKELEY STREET
BOSTON, MA 02116

IUELE, JOSEPH
8303 WALERGA RD. #95
ANTELOPE, CA 95843

JACKSON, JASON
1665 HASTINGS COURT
YUBA CITY, CA 95991

JEFFERSON PARISH DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION SECTION
24TH JUDICIAL DISTRICT,
JEFFERSON PARISH
200 DERBIGNY ST.
GRETNA, LA 70053

JENSEN, DANIEL
906 JOHN MURRAY WAY
FOLSOM, CA 95630

JIMENEZ, EDMUND
5839 AMNEST WAY
SACRAMENTO, CA 95835

JOHN HANCOCK LIFE INSURANCE COMPANY (USA)
ATTN: GENERAL COUNSEL
601 CONGRESS STREET
BOSTON, MA 02210

JOHNSON COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION UNIT
150 W. SANTA FE ST
OLATHE, KS 66061

JOVEL, WILLIAM
11892 ROCKY MOUNTAIN STREET
RENO, NV 89506

JUDITH HALL
615 CROFTON COURT
 LAFAYETTE, CA 94549

JUELL, ERIC
1454 ROCKY RIDGE DR
ROSEVILLE, CA 95661

KABEL, ROBERT
1331 SOUTHWEST 12TH AVENUE
PORTLAND, OR 97201

KAISER FOUNDATION HEALTH PLAN, INC.
393 E WALNUT ST
PASADENA, CA 91118

KANSAS DEPARTMENT OF REVENUE
SCOTT STATE OFFICE BUILDING
120 SE 10TH AVE.
TOPEKA, KS 66612-1588

KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
FRANKFORT, KY 40601

KERN COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION

1115 TRUXTUN AVENUE
FIFTH FLOOR
BAKERSFIELD, CA 93301

KING, BRANDON
5774 VI PACANA
OROVILLE, CA 95966

KMJ CORBIN & COMPANY LLP
ATTN: TOM SHOEMAKER
2855 MICHELLE DRIVE
SUITE 350
IRVINE, CA 92606

KOCIEMBA, LUKE
5745 140TH NW
CLEARWATER, MN 55320

KOLU, STEVEN
1273 WAGSTAFF RD.
PARADISE, CA 95969

KORDA, NICHOLAS
400 MAIN STREET
ORWELL, VT 05760

KOROLUCK, DANIEL
4096 CASA GRANDE WAY
SAN JOSE, CA 95118

KORTAN, YVETTE
704 BALZAR CIRCLE
RENO, NV 89502

KOSHIYAMA, ERIK
8583 CENTRAL AVENUE
ORANGEVALE, CA 95662

KRAVICH, DENNIS
1735 LARKSPUR PLACE
TURLOCK, CA 95380

KREGER, JERRY
6131 N. VINE STREET
VACAVILLE, CA 95688

LABIN, TIMOTHY
16 REGENT LN #4
CHICO, CA 95973

LASKY, DAVID
8230 GREGORY DRIVE
ALEXANDRIA, VA 22309

LAURIE AANESTAD
1095 HONEY RUN ROAD
CHICHO, CA 95928

LEAF COMMERCIAL CAPITAL SERVICES, INC.
ONE COMMERCE SQUARE, 2005 MARKET STREET
14TH FLOOR
PHILADELPHIA , PA 19103

LEMONS, JUSTIN
257 NORTH SANTA ROSA STREET
LOS BANOS, CA 93635

LINKER, TAMMY
1159 LONGCROFT ST
WEST SACRAMENTO, CA 95691

LLOYD'S (ALPHA)
ATTN: GENERAL COUNSEL
ONE LIME STREET
LONDON,  EC3M 7HA

LLOYD'S (INIGO)
ATTN: GENERAL COUNSEL
ONE LIME STREET
LONDON,  EC3M 7HA

LONG, MYLES
P.O. BOX 1441
OROVILLE, CA 95965

LOPEZ JR., ISMAEL
650 QUINCY STREET
KINGSBURG, CA 93631

LOPEZ LEMUS, ALEJANDRO
2500 NORTH BRADLEY STREET
VISALIA, CA 93292

LOS ANGELES CITY ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
CITY HALL EAST
SUITE 800
LOS ANGELES, CA 90012

LOS ANGELES COUNTY DEPARTMENT OF CONSUMER AFFAIRS

```
ATTN: DEPARTMENT OF CONSUMER AND BUSINESS AFFAIRS
320 W TEMPLE ST
ROOM G-10
LOS ANGELES, CA 90012

LOUISIANA DEPARTMENT OF REVENUE
ATTN: COLLECTION DIVISION, BANKRUPTCY SECTION
PO BOX 201
BATON ROUGE, LA 70821-0201

LOUISIANA DEPARTMENT OF REVENUE
ATTN: COLLECTION DIVISION, BANKRUPTCY SECTION
617 NORTH THIRD STREET
BATON ROUGE, LA 70802

LUNA HERNANDEZ, MAURICIO
2400 COTTAGE WAY
SACRAMENTO, CA 95825

MACNEILL, SCOTT
121 BROWN STREET
VACAVILLE, CA 95688

MADDOX, BRIAN
341 STEWART ST
RENO, NV 89502

MAINE REVENUE SERVICE
PO BOX 9107
AUGUSTA, ME 04332-9107

MAMOUTH COUNTY DIVISION OF CONSUMER AFFAIRS
PO BOX 1255
ONE EAST MAIN STREET
FREEHOLD, NJ 07728

MANISCALCO, ADAM
149 JULIA ISLAND CIRCLE
SACRAMENTO, CA 95834

MARIN COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
3501 CIVIC CENTER DRIVE
SUITE 145
SAN RAFAEL, CA 94903

MARISCAL, CONNER
2920 RAMONA AVENUE
SACRAMENTO, CA 95826
```

MARK TROUT
1598 E BOX ELDER DR
ALPINE, UT 84004

MARSALA, JOSEPH
150 SAN JOAQUIN DRIVE
RED BLUFF, CA 96080

MARSH INSURANCE — BROKERS
633 W. 5TH. STREET
SUITE 1200
LOS ANGELES, CA 90071

MARTINEZ, JESUS
7501 KETCH COURT
CITRUS HEIGHTS, CA 95621

MARTINEZ, MICHELLE
P.O. BOX 632
DEL REY, CA 93612

MARTINEZ, RODOLFO
2402 W PACKWOOD DRIVE
VISALIA, CA 93277

MARTINEZ, WILLIAM
3304 NAREB ST
SACRAMENTO, CA 95838

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE STREET
BOSTON, MA 02114

MCCURLEY, NOLAN
3969 CHEROKEE ROAD
OROVILLE, CA 95965

MCINTYRE, BENJAMIN
3915 4TH AVENUE
SACRAMENTO, CA 95817

MCNAIL, KYLE
20270 VINTAGE DRIVE
RED BLUFF, CA 96080

MELGOZA, MIGUEL
8912 VALLEY OAK DRIVE
STOCKTON, CA 95209

MENCHACA, GILBERT

2900 SOUTH PHOENIX PLACE
ONTARIO, CA 91761

MERCER COUNTY OFFICE OF CONSUMER AFFAIRS
PO BOX 8068
640 S BROAD ST
TRENTON, NJ 08650-0068

MERCER COUNTY OFFICE OF CONSUMER AFFAIRS
640 S BROAD ST
TRENTON, NJ 08650

METH, KENNETH
3440 SOUTH PORT DRIVE
SACRAMENTO, CA 95826

METROPOLITAN LIFE INSURANCE COMPANY
200 PARK AVE
NEW YORK, NY 10166

MIAMI DADE COUNTY
ATTN: CONSUMER PROTECTION DIVISION
STEPHEN P. CLARK CENTER
111 NW 1ST STREET
MIAMI, FL 33128

MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION
G. MENNEN WILLIAMS BUILDING
525 W. OTTAWA STREET
P.O. BOX 30212
LANSING, MI 48909

MICHIGAN DEPARTMENT OF TREASURY
ATTN: COLLECTIONS SERVICES BUREAU
PO BOX 30756
LANSING, MI 48922

MIDDLESEX COUNTY DIVISION OF CONSUMER AFFAIRS
COUNTY ADMINISTRATION BUILDING
75 BAYARD STREET
NEW BRUNSWICK, NJ 08901

MIDDLESEX COUNTY DIVISION OF CONSUMER AFFAIRS AND WEIGHTS & MEASURES
75 BAYARD STREET
NEW BRUNSWICK, NJ 08901

MIKHAYLISHIN, DAVID
3201 BROTHER ISLAND ROAD
WEST SACRAMENTO, CA 95691

MIKHAYLISHIN, VITALY
8434 WALERGA RD #1011
ANTELOPE, CA 95843

MILLER, CHRIS
7403 10TH STREET
RIO LINDA, CA 95673

MILLER, TRAVIS
50 BUTTE PLACE
RENO, NV 89503

MINNESOTA DEPARTMENT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL, MN 55146

MINNICK, PATRICK
31 CHAPARRAL DR
OROVILLE, CA 95966

MIRKO ANDD KARA SCHACKE
C/O LAW OFFICES OF KERSTEN & ASSOCIATES
ATTN: WILLIAM C. KERSTEN
38 CORPORATE PARK
IRVINE, CA 92606

MISSOURI DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH STREET
JEFFERSON CITY, MO 65101

MITCHELL, CASEY
8033 LESSER WAY
CITRUS HEIGHTS, CA 95621

MITCHELL, JACOB
4633 MEDINA WAY
NORTH HIGHLANDS, CA 95660

MITCHELL, NICHOLAS
5136 CIMARRON WAY
SACRAMENTO, CA 95842

MONIZ, MICHAEL
3024 TANGO ST
SACRAMENTO, CA 95829

MONMOUTH COUNTY DIVISION OF CONSUMER AFFAIRS

ONE EAST MAIN STREET
PO BOX 1255
FREEHOLD, NJ 07728

MONTANA DEPARTMENT OF JUSTICE
ATTN: OFFICE OF CONSUMER PROTECTION
P. O. BOX 200151
HELENA, MT 59620-0151

MONTERO, JAMES
7030 25TH STREET
SACRAMENTO, CA 95822

MONTGOMERY COUNTY
ATTN: OFFICE OF CONSUMER PROTECTION
100 MARYLAND AVENUE
SUITE 3600
ROCKVILLE, MD 20850

MONTGOMERY, JEREMY
3524 SAINT GENEVIEVE LANE
SAINT ANN, MO 63074

MORAN, PIERCE
115 MARY STREET
RENO, NV 89509

MORENO SEGURA, MIGUEL
240 CREEKTRAIL COURT
BRENTWOOD, CA 94513

MT. VERNON OFFICE OF CONSUMER AFFAIRS/BUREAU OF WEIGHTS AND MEASURES
1 ROOSEVELT SQUARE NORTH
MOUNT VERNON, NY 10550

MUNOZ GUZMAN, ASLAM
644 5TH STREET
WOODLAND, CA 95695

MURILLO, ENRIQUE
2409 WEST STATE HIGHWAY 140
MERCED, CA 95341

NAPA COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER/ENVIRONMENTAL PROTECTION UNIT (CEPU)
1127 FIRST STREET
SUITE C
NAPA, CA 94559

NEBRASKA DEPARTMENT REVENUE

NEBRASKA STATE OFFICE BUILDING
301 CENTENNIAL MALL S.
LINCOLN, NE 68508

NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY SUITE 115
CARSON CITY, NV 89706

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
GOVERNOR HUGH GALLEN STATE OFFICE PARK
CONCORD, NH 03301

NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, NEWARK, NJ
ATTN: NEW JERSEY DIVISION OF CONSUMER AFFAIRS
124 HALSEY STREET
NEWARK, NJ 07102

NEW JERSEY DIVISION OF CONSUMER AFFAIRS
124 HALSEY STREET
NEWARK, NJ 07101

NEW JERSEY DIVISION OF TAXATION
ATTN: BANKRUPTCY SECTION
PO BOX 245
TRENTON, NJ 08695-0245

NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS
ATTN: CONSUMER SERVICES DIVISION
42 BROADWAY
9TH FLOOR
NEW YORK, NY 10004

NEW YORK DEPARTMENT OF STATE
ATTN: DIVISION OF CONSUMER PROTECTION
123 WILLIAM STREET
NEW YORK, NY 10038-3804

NEW YORK DEPARTMENT OF STATE
ATTN: DIVISION OF CONSUMER PROTECTION
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001

NEW YORK STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NICHOLAS, HICKS & FARMER, INC. DBA FARMER & BETTS
6010 20TH STREET EAST

 SUITE 1
FIFE, WA 98424

NOBLE, WESLEY
127 PENARANDA DRIVE
FOLSOM, CA 95630

NORFOLK DISTRICT ATTORNEY OFFICE
ATTN: CONSUMER PROTECTION
48 SHAWMUT RD.
CANTON, MA 02021

NORTH CAROLINA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
1001 MAIL SERVICE CENTER
RALEIGH, NC 27699-1001

NORTH CAROLINA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602-1168

NORTHWESTERN DISTRICT ATTORNEY OFFICE
ATTN: CONSUMER PROTECTION
ONE GLEASON PLAZA
NORTHAMPTON, MA 01060

NORTON – LIFE LOCK
60 EAST RIO SALADO PARKWAY, SUITE 1000
TEMPE, AZ 85281

NORTON, JAMES
801 PENSTEMON WAY
CHICO, CA 95973-8102

NYC CONSUMER AFFAIRS
42 BROADWAY
NEW YORK, NY 10004

OCEAN COUNTY DEPARTMENT OF CONSUMER AFFAIRS
1027 HOOPER AVENUE
BLDG 2
TOMS RIVER, NJ 08754-2191

OCEAN COUNTY DIVISION OF CONSUMER AFFAIRS
1027 HOOPER AVENUE
BLDG 2
TOMS RIVER, NJ 08754-2191

ODONNELL, JUSTIN
2905 SERRAMONTE STREET

DENAIR, CA 95316

OFFICE OF ATTORNEY GENERAL ASHLEY MOODY
ATTN: CONSUMER PROTECTION DIVISION
STATE OF FLORIDA
THE CAPITOL
TALLAHASSEE, FL 32399-1050

OFFICE OF ATTORNEY GENERAL ASHLEY MOODY
ATTN: CONSUMER PROTECTION DIVISION
110 SE 6TH STREET
9TH FLOOR
FORT LAUDERDALE, FL 33301-5000

OFFICE OF ATTORNEY GENERAL ASHLEY MOODY
ATTN: CONSUMER PROTECTION DIVISION
1300 RIVERPLACE BLVD.
SUITE 405
JACKSONVILLE, FL 32207

OFFICE OF ATTORNEY GENERAL ASHLEY MOODY
ATTN: CONSUMER PROTECTION DIVISION
1 SE 3RD AVE.
9TH FLOOR
MIAMI, FL 33131

OFFICE OF ATTORNEY GENERAL ASHLEY MOODY
ATTN: CONSUMER PROTECTION DIVISION
135 W. CENTRAL BLVD., SUITE 670
ORLANDO, FL 32801

OFFICE OF ATTORNEY GENERAL ASHLEY MOODY
ATTN: CONSUMER PROTECTION DIVISION
CONCOURSE CENTER 4
3507 E. FRONTAGE ROAD, SUITE 325
TAMPA, FL 33607-1795

OFFICE OF ATTORNEY GENERAL ASHLEY MOODY
ATTN: CONSUMER PROTECTION DIVISION
1515 N. FLAGLER DRIVE, SUITE 900
WEST PALM BEACH, FL 33401

OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION
501 BOYLSTON STREET, SUITE 5100
BOSTON, MA 02116

OFFICE OF MINNESOTA ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION
445 MINNESOTA STREET, SUITE 1400
ST. PAUL, MN 55101

OFFICE OF THE ATTORNEY GENERAL OF IOWA
ATTN: CONSUMER PROTECTION DIVISION
HOOVER STATE OFFICE BUILDING
1305 E. WALNUT STREET
DES MOINES, IA 50319-0106

OFFICE OF THE ATTORNEY GENERAL OF KANSAS
ATTN: CONSUMER PROTECTION DIVISION
120 SW 10TH AVE, 2ND FLOOR
TOPEKA, KS 66612-1597

OFFICE OF THE ATTORNEY GENERAL OF KENTUCKY
ATTN: OFFICE OF CONSUMER PROTECTION
1024 CAPITAL CENTER DRIVE, SUITE 200
FRANKFORT, KY 40601

OFFICE OF THE ATTORNEY GENERAL OF LOUISIANA
ATTN: CONSUMER PROTECTION SECTION
P.O. BOX 94005
BATON ROUGE, LA 70804-9005

OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
ATTN: CONSUMER PROTECTION DIVISION
200 ST. PAUL PLACE
BALTIMORE, MD 21202

OFFICE OF THE ATTORNEY GENERAL OF MASSACHUSETTS
ATTN: CONSUMER ADVOCACY & RESPONSE DIVISION
ONE ASHBURTON PLACE
18TH FLOOR
BOSTON, MA 02108

OFFICE OF THE ATTORNEY GENERAL OF NEVADA
ATTN: BUREAU OF CONSUMER PROTECTION
100 NORTH CARSON STREET
CARSON CITY, NV 89701

OFFICE OF THE ATTORNEY GENERAL OF NEW HAMPSHIRE
C/O CONSUMER PROTECTION BUREAU
33 CAPITOL STREET
CONCORD, NH 03301

OFFICE OF THE ATTORNEY GENERAL OF NEW MEXICO
408 GALISTEO STREET
VILLAGRA BUILDING
SANTA FE, NM 87501

OFFICE OF THE ATTORNEY GENERAL OF NEW YORK
ATTN: BUREAU OF CONSUMER FRAUDS & PROTECTION

THE CAPITOL
ALBANY, NY 12224-0341

OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA
ATTN: CONSUMER PROTECTION
9001 MAIL SERVICE CENTER
RALEIGH, NC 27699-9001

OFFICE OF THE ATTORNEY GENERAL OF NORTH DAKOTA
ATTN: CONSUMER PROTECTION
600 E. BOULEVARD AVE DEPT. 125
BISMARCK, ND 58505

OFFICE OF THE ATTORNEY GENERAL OF OHIO
ATTN: CONSUMER PROTECTION
RHODES STATE OFFICE TOWER
30 EAST BROAD STREET, 14TH FLOOR
COLUMBUS, OH 43215

OFFICE OF THE ATTORNEY GENERAL OF RHODE ISLAND
ATTN: CONSUMER PROTECTION
150 SOUTH MAIN STREET
PROVIDENCE, RI 2903

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION BUREAU
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62701

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION BUREAU
100 WEST RANDOLPH STREET
CHICAGO, IL 60601

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION BUREAU
601 SOUTH UNIVERSITY AVE.
CARBONDALE, IL 62901

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION BUREAU
306 N. PULASKI RD.
CHICAGO, IL 60624

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION BUREAU
1776 E. WASHINGTON ST.
URBANA, IL 61802

OFFICE OF THE ILLINOIS ATTORNEY GENERAL

ATTN: CONSUMER PROTECTION BUREAU
8100 S. STONY ISLAND, SUITE C
CHICAGO, IL 60617

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION BUREAU
ZEKE GIORGI CENTER
200 SOUTH WYMAN ST.
SUITE 307
ROCKFORD, IL 61101

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION BUREAU
628 MAINE STREET
QUINCY, IL 62301

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION BUREAU
201 WEST POINTE DRIVE, SUITE 7
BELLEVILLE, IL 62226

OFFICE OF THE INDIANA ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION DIVISION
302 W. WASHINGTON STREET, 5TH FLOO
INDIANAPOLIS, IN 46204

OFFICE OF THE MAINE ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION
6 STATE HOUSE STATION
AUGUSTA, ME 04333

OFFICE OF THE U.S. TRUSTEE
FOR THE DISTRICT OF DELAWARE
844 N KING ST #2207
LOCKBOX 35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DIST OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD.
COLUMBUS, OH 43229

OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

OKLAHOMA TAX COMMISSION
GENERAL COUNSEL'S OFFICE
300 N BROADWAY AVE
OKLAHOMA CITY, OK 73194-1004

OLVERA, MARIO
332 SHANNON DR
MODESTO, CA 95354

ORANGE COUNTY CONSUMER PROTECTION
2450 33RD STREET, 2ND FLOOR
ORLANDO, FL 32839

ORANGE COUNTY DEPARTMENT OF CONSUMER AFFAIRS AND WEIGHTS & MEASURES
255 MAIN STREET
GOSHEN, NY 10924

ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
300 NORTH FLOWER ST
SANTA ANA, CA 92703

ORANGE COUNTY GOVERNMENT CENTER
CONSUMER AFFAIRS & WEIGHTS & MEASURES DEPARTMENT
255 MAIN STREET
GOSHEN, NY 10924

OREGON DEPARTMENT OF AGRICULTURE
635 CAPITOL STREET NE
SALEM, OR 97301

OREGON DEPARTMENT OF JUSTICE
ATTN: CONSUMER PROTECTION
1162 COURT ST NE
SALEM, OR 97301

OROZCO, JACOB
5403 ROCK FIELD COURT
ROCKLIN, CA 95765

OROZCO, ROBERT
5403 ROCK FIELD COURT
ROCKLIN, CA 95765

ORTIZ TEJEDA, JOSE
2264 COTTAGE WAY #35
SACRAMENTO, CA 95825

ORTIZ, ROBERT

P.O BOX 828
BAKERSFIELD, CA 93302

PACK, GENTRY
2650 OAK KNOLL WAY
OROVILLE, CA 95966

PADILLA, MICHAEL
1247 VIRGINIA STREET
MERCED, CA 95341

PALM BEACH COUNTY CONSUMER AFFAIRS
50 SOUTH MILITARY TRAIL
SUITE 201
WEST PALM BEACH, FL 33415

PALOMINO, IRVING
P.O. BOX 184
WOODLAKE, CA 93286

PANCHE—CESPEDES, KEVIN
8071 MONTEREY SHORES DR
RENO, NV 89506

PASSAIC COUNTY DEPARTMENT OF CONSUMER PROTECTION AND WEIGHTS &
MEASURES
401 GRAND STREET
PATERSON, NJ 07505

PASSIAC COUNTY DIVISION OF CONSUMER PROTECTION
220 E RIDGEWOOD AVE
PARAMUS, NJ 07652

PATRICK MCCULLOUGH
27342 LOST COLT DR.
LAGUNA HILLS, CA 92653

PENDERGRAFT, MICHAEL
815 ROYAL ELF COURT
DIXON, CA 95620

PENNINGTON, STEVEN
4371 OXWOOD DR
SACRAMENTO, CA 95826

PENNSYLVANIA DEPT. OF REVENUE
MUNICIPAL SERVICES BUILDING
1401 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19102

PENNSYLVANIA OFFICE OF THE DISTRICT ATTORNEY
ATTN: BUREAU OF CONSUMER PROTECTION RESOURCES
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG, PA 17120

PENUNARI, RAY
1020 ADAMS LANE
WINTERS, CA 95694

PERRIN, MIKE
150 CANYON DRIVE
OROVILLE, CA 95966

PETERSON, MICHAEL
2135 MAYFAIRE DRIVE
TURLOCK, CA 95380

PINELLAS COUNTY CONSUMER PROTECTION
14250 49TH STREET NORTH
SUITE 1000, RM 2
CLEARWATER, FL 33762

POCUS, DAVID
17437 CALLE DEL SOL
MORGAN HILL, CA 95037

PODNEBESNYY, ANATOLIY
3352 OSELOT WAY
RANCHO CORDOVA, CA 95670

PORRAS, JORDAN
2371 GLENVIEW DRIVE
HOLLISTER, CA 95023

PORTEOUS, DEVON
3051 SUNSET BLVD
ROCKLIN, CA 95677

PRATT, RYAN
11150 TRINITY RIVER DR #32
RANCHO CORDOVA, CA 95670

PUEBLO COUNTY DISTRICT ATTORNEY
701 COURT STREET
PUEBLO, CO 81003

PUTNAM COUNTY DEPARTMENT OF CONSUMER AFFAIRS
DONALD B. SMITH COUNTY GOVERNMENT CAMPUS
110 OLD ROUT 6 BLDG. 3

CARMEL, NY 10512

QUEBRAL, ALEXANDER
10000 CARIGNAN PLACE
ELK GROVE, CA 95624

RAMIREZ, MICHAEL
PO BOX 81
NEVADA CITY, CA 95949

RASHIDI EZZABADI, EMDAD
119 RIVER RUN CIRCLE
SACRAMENTO, CA 95833

REEDER, CODY
12 ROSITA WAY
OROVILLE, CA 95966

REITMEIER, MICHAEL
6928 TROVITA WAY
CITRUS HEIGHTS, CA 95610

RELIASTAR LIFE INSURANCE COMPANY
PO BOX 122
MINNEAPOLIS, MN 55440-0122

REYES, MARCO
1830 N. REED AVE APT. B
REEDLEY, CA 93654

REYNOLDS, ZACHARY
6149 GERSHWIN COURT
CITRUS HEIGHTS, CA 95621

RHONE RESCH
3369 RUNNYMEDE PLACE, NW
WASHINGTON, DC 20015

RIVAS, MISAEL
1994 UNION CT
PORTERVILLE, CA 93257

ROBBINS, RYAN
834 HOYER LANE
NEWCASTLE, CA 95658

ROCHA, MIGUEL
2117 KALIBO ST
DELANO, CA 93215

ROCKLAND COUNTY OFFICE OF CONSUMER PROTECTION AND WEIGHTS & MEASURES
ALLISON-PARRIS COUNTY OFFICE BUILDING
11 NEW HEMPSTEAD RD
NEW CITY, NY 10956

RODRIGUEZ, LUIS
5212 MERIDIAN AVE
SAN JOSE, CA 95118

ROSALES, LUIS
2377 OAK HARBOUR DRIVE #274
SACRAMENTO, CA 95833

ROSE, JOSHUA
1451 ROCKY RIDGE DR
ROSEVILLE, CA 95661

ROWELL, NATHAN
3637 STAUSS AVENUE
OROVILLE, CA 95966

RUIZ, LUIS
1230 AMADOR ST
SAN PABLO, CA 94806

SAETURN, CHRIS
2380 V7 ROAD
OROVILLE, CA 95966

SALESFORCE, INC.
ATTN: MAGGIE SIDELL
SALESFORCE TOWER
415 MISSION STREET, 3RD FLOOR
SAN FRANCISCO, CA 94105

SAMPSON, BENJAMIN
6 ADELPHI COURT
SACRAMENTO, CA 95825

SAN DIEGO CITY ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
1200 THIRD AVE
SUITE 1620
SAN DIEGO, CA 92101

SAN DIEGO COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
330 W BROADWAY
SAN DIEGO, CA 92101

SAN FRANCISCO COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
350 RHODE ISLAND STREET
NORTH BUILDING, SUITE 400N
SAN FRANCISCO, CA 94103

SAN LUIS OBISPO COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
1055 MONTEREY STREET
SAN LUIS OBISPO, CA 93408

SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER AND ENVIRONMENTAL PROTECTION UNIT
400 COUNTY CENTER
3RD FLOOR
REDWOOD CITY, CA 94063

SANCHEZ, EDWARD
355 ALDER STREET
DINUBA, CA 93618

SANDERSON, KOREY
1821 BLEVINS CT
TURLOCK, CA 95380

SANTA BARBARA COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
1112 SANTA BARBARA STREET
SANTA BARBARA, CA 93101

SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER & ENVIRONMENTAL PROTECTION AGENCY
1553 BERGER DRIVE
SAN JOSE, CA 95112

SANTA CRUZ COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
701 OCEAN STREET
RM 200
SANTA CRUZ, CA 95060

SANTA MONICA CITY ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
1685 MAIN ST
SANTA MONICA, CA 90401

SCHENECTADY COUNTY DEPT. OF CONSUMER AFFAIRS/BUREAU OF WEIGHTS &
MEASURES
130 PRINCETOWN PLAZA
PRINCETOWN, NY 12306

SCOTT, DYLAN
309 S AUBURN ST
COLFAX, CA 95714

SCRIVEN, KENNETH
118 W MONTICELLO AVE
RIO LINDA, CA 95673

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
ATTN: LARA SHALOV MEHRABAN
100 PEARL ST
SUITE 20-100
NEW YORK, NY 10004-2616

SEDGWICK COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION DIVISION
18TH JUDICIAL DISTRICT OF KANSAS
535 N. MAIN
WICHITA, KS 67203

SHARP, JAMES
569 LODGEVIEW DRIVE
OROVILLE, CA 95966

SHOEMAKER, JOHN
225 LODGEVIEW DRIVE
OROVILLE, CA 95966

SHORT, KEITH
160 DISTRICT CENTER DRIVE
OROVILLE, CA 95966

SHUSTER, JED
1319 CERRO VERDE
SAN JOSE, CA 95120

SIGFRID, MICHAEL
2763 BOHEMIA AVENUE
OROVILLE, CA 95966

SMART, DAVID
7513 RYLAND COURT
ELK GROVE, CA 95758

SMITH, CHARLES
14626 CYPRESS ST
SAN LEANDRO, CA 94579

SMITH, MARCUS
69 GAYLOR AVE
OROVILLE, CA 95965

SOLANO COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
675 TEXAS ST
SUITE 6500
FAIRFIELD, CA 94533

SOLANO-COMPAN, ERIKBERTO
1057 SANTA CLARA ST. #102
FRESNO, CA 93706

SOTO, ALFREDO
1128 W SEDONA AVE
VISALIA, CA 93291

SOUTH CAROLINA DEPARTMENT OF REVENUE
300A OUTLET POINTE BOULEVARD
COLUMBIA, SC 29210

SOUTH CAROLING DEPARTMENT OF CONSUMER AFFAIRS
293 GREYSTONE BOULEVARD
STE 400
COLUMBIA, SC 29210

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 EAST CAPITOL AVE
PIERRE, SD 57501-3185

SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL
ATTN: DIVISION OF CONSUMER PROTECTION
1302 E HWY 14
SUITE 3
PIERRE, SD 57501-8501

STANEK, SCOTT
6195 CALVARY CT.
MAGALIA, CA 95954

STANISLAUS COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
1010 10TH STREET
#6400
MODESTO, CA 95354

STANLEY SPEER
5737 KANAN ROAD #545
AGOURA HILLS, CA 91301

STARR INDEMNITY & LIABILITY COMPANY
ATTN: GENERAL COUNSEL
399 PARK AVENUE
NEW YORK, NY 10022

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 WASHINGTON AVE
MONTGOMERY, AL 36104

STATE OF ALASKA
OFFICE OF THE ATTORNEY GENERAL
1031 W 4TH AVE, STE 200
ANCHORAGE, AK 99501

STATE OF ARIZONA
OFFICE OF THE ATTORNEY GENERAL
2005 N CENTRAL AVE
PHOENIX, AZ 85004

STATE OF ARIZONA
CONTRACTOR LICENSE BOARD
1700 W. WASHINGTON ST. SUITE 105
PHOENIX, AZ 85007-2812

STATE OF ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE ST
PHOENIX, AZ 85007

STATE OF ARKANSAS
OFFICE OF THE ATTORNEY GENERAL
323 CENTER ST, STE 200
LITTLE ROCK, AR 72201

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
PO BOX 944255
SACRAMENTO, CA 94244-2550

STATE OF CALIFORNIA
CONTRACTOR LICENSE BOARD
9821 BUSINESS PARK DRIVE
SACRAMENTO, CA 95827

STATE OF COLORADO

OFFICE OF THE ATTORNEY GENERAL
RALPH L. CARR JUDICIAL BUILDING
1300 BROADWAY, 10TH FL
DENVER, CO 80203

STATE OF COLORADO
CONTRACTOR LICENSE BOARD
1560 BROADWAY
 SUITE 1350
DENVER, CO 80202

STATE OF CONNECTICUT
OFFICE OF THE ATTORNEY GENERAL
165 CAPITOL AVENUE
HARTFORD, CT 06106

STATE OF CONNECTICUT DEPARTMENT OF REVENUE
450 COLUMBUS BLVD. SUITE 1
HARTFORD, CT 06103

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
CARVEL STATE OFFICE BUILDING
820 N FRENCH STREET
WILMINGTON, DE 19801

STATE OF DELAWARE DIVISION OF REVENUE
ATTN: BANKRUPTCY ADMINISTRATOR
820 N. FRENCH STREET
WILMINGTON, DE 19801

STATE OF FLORIDA
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL PL-01
TALLAHASSEE, FL 32399

STATE OF GEORGIA
OFFICE OF THE ATTORNEY GENERAL
40 CAPITOL SQ SW
ATLANTA, GA 30334

STATE OF HAWAII
OFFICE OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

STATE OF HAWAII
ATTN: DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
LEIOPAPA A KAMEHAMEHA BUILDING
235 SOUTH BERETANIA STREET, ROOM 801

HONOLULU, HI 96813

STATE OF HAWAII
ATTN: DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
NEW KAIKO'O BUILDING
120 PAUAHI STREET, SUITE 212
HILO, HI 96720

STATE OF HAWAII
ATTN: DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
WELLS ST. PROFESSIONAL CENTER
2145 WELLS STREET, SUITE 106
WAILUKU, HI 96791

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL
700 W. JEFFERSON ST, SUITE 210
PO BOX 83720
BOISE, ID 83720

STATE OF IDAHO — OFFICE OF ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION DIVISION
700 W. JEFFERSON STREET
P.O. BOX 83720
BOISE, ID 83720-0010

STATE OF ILLINOIS
OFFICE OF THE ATTORNEY GENERAL
JAMES R. THOMPSON CENTER
100 W. RANDOLPH ST
CHICAGO, IL 60601

STATE OF INDIANA
OFFICE OF THE INDIANA ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST, 5TH FLOOR
INDIANAPOLIS, IN 46204

STATE OF IOWA
OFFICE OF THE ATTORNEY GENERAL
HOOVER STATE OFFICE BUILDING
1305 E. WALNUT STREET
DES MOINES, IA 50319

STATE OF KANSAS
ATTN: ATTORNEY GENERAL DEREK SCHMIDT
120 SW 10TH AVE, 2ND FLOOR
TOPEKA, KS 66612

STATE OF KENTUCKY

ATTORNEY GENERAL – DANIEL CAMERON
700 CAPITAL AVENUE, SUITE 118
FRANKFORT, KY 40601

STATE OF LOUISIANA
DEPT. OF JUSTICE – ATTORNEY GENERAL'S OFFICE
300 CAPITAL DRIVE
BATON ROUGE, LA 70802

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, ME 04333

STATE OF MARYLAND
OFFICE OF THE ATTORNEY GENERAL
200 ST. PAUL PLACE
BALTIMORE, MD 21202

STATE OF MASSACHUSETTS
ATTORNEY GENERAL'S OFFICE
1 ASHBURTON PLACE, 20TH FLOOR
BOSTON, MA 02108

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL
525 W OTTAWA ST
LANSING, MI 48906

STATE OF MINNESOTA
OFFICE OF THE ATTORNEY GENERAL
445 MINNESOTA ST, STE 1400
ST. PAUL, MN 55101

STATE OF MINNESOTA
CONTRACTOR LICENSE BOARD
DEPARTMENT OF LABOR AND INDUSTRY
443 LAFAYETTE ROAD N
ST. PAUL, MN 55155

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
WALTER SILLERS BUILDING
550 HIGH ST
PO BOX 220
JACKSON, MS 39201

STATE OF MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
ATTN: CRYSTAL UTLEY SECOY, CONSUMER PROTECTION
PO BOX 220

550 HIGH STREET
JACKSON, MS 39205/39201

STATE OF MISSOURI
OFFICE OF THE ATTORNEY GENERAL
SUPREME COURT BUILDING
207 W HIGH ST
JEFFERSON CITY, MO 65101

STATE OF MONTANA
OFFICE OF THE ATTORNEY GENERAL
JUSTICE BUILDING, 3RD FLOOR
215 N SANDERS, PO BOX 201401
HELENA, MT 59602

STATE OF NEBRASKA
OFFICE OF THE ATTORNEY GENERAL
2115 STATE CAPITOL
LINCOLN, NE 68509

STATE OF NEBRASKA OFFICE OF THE ATTORNEY GENERAL
ATTN: CONSUMER AFFAIRS RESPONSE TEAM
2115 STATE CAPITOL
LINCOLN, NE 68509

STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
OLD SUPREME COURT BUILDING
100 N CARSON ST
CARSON CITY, NV 89701

STATE OF NEVADA
CONTRACTOR LICENSE BOARD
8400 WEST SUNSET ROAD, SUITE 150
LAS VEGAS , NV 89113

STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY
ATTN: NEVADA CONSUMER AFFAIRS
3300 W. SAHARA AVE., SUITE 425
LAS VEGAS, NV 89102

STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY
ATTN: NEVADA CONSUMER AFFAIRS
1830 E. COLLEGE PARKWAY, SUITE 100
CARSON CITY, NV 89706

STATE OF NEW HAMPSHIRE
OFFICE OF THE ATTORNEY GENERAL
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST.

CONCORD, NH 03301

STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL, WEST WING
BOX 080
TRENTON, NJ 08611

STATE OF NEW MEXICO
OFFICE OF THE ATTORNEY GENERAL
408 GALISTEO STREET
VILLAGRA BUILDING
SANTA FE, NM 87501

STATE OF NEW MEXICO
CONTRACTOR LICENSE BOARD
NEW MEXICO REGULATION AND LICENSING DEPARTMENT
2550 CERRILLOS ROAD
SANTA FE, NM 87505

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
2ND FLOOR
ALBANY, NY 12224

STATE OF NORTH CAROLINA
OFFICE OF THE ATTORNEY GENERAL
114 W EDENTON ST
RALEIGH, NC 27603

STATE OF NORTH DAKOTA
OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL, 600 E BOULEVARD AVE
DEPT. 125
BISMARCK, ND 58505

STATE OF OHIO
OFFICE OF THE ATTORNEY GENERAL
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS, OH 43215

STATE OF OKLAHOMA
OFFICE OF THE ATTORNEY GENERAL
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

STATE OF OREGON

OFFICE OF THE ATTORNEY GENERAL
1162 COURT ST NE
SALEM, OR 97301-4096

STATE OF PENNSYLVANIA
OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE 16TH FL
HARRISBURG, PA 17120

STATE OF RHODE ISLAND
OFFICE OF THE ATTORNEY GENERAL
150 S MAIN ST
PROVIDENCE, RI 2903

STATE OF RHODE ISLAND DIV. OF TAXATION
ONE CAPITAL HILL
PROVIDENCE, RI 02908

STATE OF SOUTH CAROLINA
OFFICE OF THE ATTORNEY GENERAL
REMBERT C. DENNIS BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA, SC 29201

STATE OF SOUTH CAROLINA
CONTRACTOR LICENSE BOARD
PO BOX 11329
COLUMBIA, SC 29211-1329

STATE OF SOUTH DAKOTA
OFFICE OF THE ATTORNEY GENERAL
1302 E HIGHWAY 14, STE 1
PIERRE, SD 57501-8501

STATE OF TENNESSEE
OFFICE OF THE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

STATE OF TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
300 W. 15TH ST
AUSTIN, TX 78701

STATE OF TEXAS

CONTRACTOR LICENSE BOARD
920 COLORADO AUSTIN
AUSTIN, TX 78701

STATE OF UTAH
OFFICE OF THE ATTORNEY GENERAL
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY, UT 84114

STATE OF UTAH
OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY, UT 84114

STATE OF UTAH
CONTRACTOR LICENSE BOARD
HEBER M. WELLS BUILDING
 4TH FLOOR
160 EAST 300 SOUTH
SALK LAKE CITY, UT 84111

STATE OF VERMONT
OFFICE OF THE ATTORNEY GENERAL
109 STATE ST.
MONTPELIER, VT 05609

STATE OF VIRGINIA
OFFICE OF THE ATTORNEY GENERAL
202 N. NINTH ST.
RICHMOND, VA 23219

STATE OF WASHINGTON
OFFICE OF THE ATTORNEY GENERAL
1125 WASHINGTON ST SE
OLYMPIA, WA 98501

STATE OF WASHINGTON
OFFICE OF THE ATTORNEY GENERAL
PO BOX 40100
OLYMPIA, WA 98504-00

STATE OF WEST VIRGINIA
OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL, 1900 KANAWHA BLVD E
BUILDING 1 RM E-26
CHARLESTON, WV 25305

STATE OF WISCONSIN

OFFICE OF THE ATTORNEY GENERAL
17 WEST MAIN STREET, ROOM 114 EAST P
MADISON, WI 53702

STATE OF WISCONSIN
CONTRACTOR LICENSE BOARD
4822 MADISON YARDS WAY
MADISON, WI 53705

STATE OF WISCONSIN DEPARTMENT OF REVENUE
ATTN: SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON, WI 53708-8901

STATE OF WYOMING
OFFICE OF THE ATTORNEY GENERAL
109 STATE CAPITOL
CHEYENNE, WY 82002

STEVENS, DANIEL
7530 FILICE DR
GILROY, CA 95020

STEWART, BRAD
6601 BLUE OAKS BLVD. #1903
ROCKLIN, CA 95765

STOTT, DRAM
3484 CHARLENE AVE
OROVILLE, CA 95966

STREIF, LARRY
2023 KIT FOX CT
COOL, CA 95614

STRONG, BRANDON
10512 JEFFREY WAY
TRUCKEE, CA 96161

STYRON, ZEBADIA
2316 PINNACLES DRIVE
ROCKLIN, CA 95677

SUFFOLK COUNTY
DIVISION OF CONSUMER AFFAIRS
PO BOX 6100
HAUPPAUGE, NY 11788

SWANSON, CHASE
1098 WOODCREEK OAKS BLVD #305

ROSEVILLE, CA 95747

TAELE, BENJAMIN
171 BRANHAM LANE STE 10
SAN JOSE, CA 95136

TAMIETTI, JORDAN
238 VASSER STREET
RENO, NV 89523

TARAN, VIKTOR
8107 ORCHID TREE WAY
ANTELOPE, CA 95843

TAXATION REVENUE NEW MEXICO
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87504

TEJEDA SERVIN, JORGE
5800 HAMILTON STREET #66
SACRAMENTO, CA 95842

TENNESSEE DIVISION OF CONSUMER AFFAIRS
PO BOX 20207
NASHVILLE, TN 37202

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: BANKRUPTCY
PO BOX 13528
CAPITOL STATION
AUSTIN, TX 78711-3528

TEXAS OFFICE OF THE ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION
PO BOX 12548
AUSTIN, TX 78711-2548

THOMAS, ROBERT
1365 CAMPBELL WAY
TURLOCK, CA 95382

THOMPSON, MIGUEL
2827 YARD ST
OROVILLE, CA 95966

TIBBS, TRAVIS
4520 OLD EUREKA PLACE
GRANITE BAY, CA 95746

TIPTON, BRITTANY

5419 MOONLIGHT WAY
ELK GROVE, CA 95758

TOLEDO, ALLEN
P.O. BOX 1322
YUBA CITY, CA 95992

TORRES, AURELIO
10491 ROAD 240
TERRA BELLA, CA 93270

TORRES, EDUARDO
3280 LAURELHURST DR. APT 88
RANCHO CORDOVA, CA 95670

TOWN OF COLONIE ATTORNEY
ATTN: CONSUMER PROTECTION
534 NEW LOUDON ROAD
LATHAM, NY 12110-0508

ULSTER COUNTY CONSUMER AFFAIRS
239  GOLDEN HILL LN
KINGSTON, NY 12401-3708

UNION COUNTY DEPARTMENT OF PUBLIC SAFETY
ATTN: CONSUMER PROTECTION
10 ELIZABETHTOWN PLAZA
ELIZABETH, NJ 07202

UNITED STATES ATTORNEY'S OFFICE
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4150

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF DELAWARE
1313 N MARKET STREET
WILMINGTON, DE 19801

UTAH DEPARTMENT OF COMMERCE
ATTN: CONSUMER PROTECTION DIVISION
PO BOX 146704
SALK LAKE CITY, UT 84114-6704

UTAH DEPARTMENT OF COMMERCE, DIVISION OF CORPORATIONS & COMMERCIAL
CODE
PO BOX 146705
SALT LAKE CITY, UT 84114-6705

UTAH STATE TAX
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134-0700

VALENZUELA, TERENCE
20273 STANTON AVENUE
CASTRO VALLEY, CA 94546

VAN ES, JUSTIN
831 N. NOYES CT.
VISALIA, CA 93291

VANTASSEL, ANDREW
3351 VIRGO STREET
SACRAMENTO, CA 95827

VENTURA COUNTY DISTRICT ATTORNEY'S OFFICE
ATTN: CONSUMER PROTECTION
800 S VICTORIA AVENUE
SUITE 314
VENTURA, CA 93009

VERMONT AGENCY OF AGRICULTURE, FOOD, AND MARKETS
ATTN: CONSUMER PROTECTION SECTION
116 STATE STREET
MONTELIER, VT 05620-2901

VERMONT DEPARTMENT OF TAXES
133 STATE STREET
MONTPELIER, VT 05633

VILLEGAS, ALEXIS
2032 KENNETH STREET
MODESTO, CA 95351

VILLICANA, BRANDON
3127 JOHNNY LN
CHICO, CA 95973

VIRGINIA DEPARTMENT OF TAXATION
1957 WESTMORELAND STREET
RICHMOND, VA 23230

VIRGINIA OFFICE OF THE ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION DIVISION
202 N. NINTH ST.
RICHMOND, VA 23219

WACKFORD, SCOTT
2513 BLACK OAK LANE

PLACERVILLE, CA 95667

WALLACE, JEREMY
1187 SOUTH 6TH STREET
SAN JOSE, CA 95112

WASHINGTON OFFICE OF THE ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION DIVISION
800 FIFTH AVENUE
SUITE 2000
SEATTLE, WA 98104

WASHINGTON STATE DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
2101 4TH AVE, SUITE 1400
SEATTLE, WA 98121

WAYNE COUNTY CONSUMER AFFAIRS
ATTN: RICH MOLISANI, DIRECTOR
7227 RT. 31
LYONS, NY 14489

WEAVER, ROY
3223 MOSHIRON DR
FORESTHILL, CA 95631

WEBB, TIMOTHY
113 LAGUNA LANE
BOULDER CITY, NV 89005

WELD COUNTY DISTRICT ATTORNEY
915 TENTH STREET
P.O. BOX 1167
GREELEY, CO 80632-1167

WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL, CHARLESTON, WV
ATTN: CONSUMER PROTECTION DIVISION
STATE CAPITAL COMPLEX
BLDG. 1, RM E-26
1900 KANAWHA BLVD. E
CHARLESTON, WV 25305

WESTCHESTER COUNTY DEPARTMENT OF CONSUMER PROTECTION
148 MARTINE AVENUE
ROOM 407
WHITE PLAINS, NY 10601

WHITELEY, JEFF
41 ROSITA WAY
OROVILLE, CA 95966

WHITLEY, TRAVIS
2566 NORWOOD AVENUE
SACRAMENTO, CA 95815

WIDENER, DANE
2813 BALFOR COURT
ROCKLIN, CA 95765

WILLIAMS, SCOTT
917 LONG BAR ROAD
OROVILLE, CA 95966

WISCONSIN DEPARTMENT OF AGRICULTURE, TRADE AND CONSUMER PROTECTION
ATTN: CONSUMER PROTECTION DIVISION
2811 AGRICUKTURE DR.
PO BOX 8911
MADISON, WI 53708-8911

WISCONSIN DEPARTMENT OF AGRICULTURE, TRADE AND CONSUMER PROTECTION
ATTN: CONSUMER PROTECTION DIVISION
1027 W. ST. PAUL AVENUE
MILWAUKEE, WI 53223

WYOMING OFFICE OF THE ATTORNEY GENERAL
ATTN: CONSUMER PROTECTION DIVISION
109 STATE CAPITOL
CHEYENNE, WY 82002

XIONG, ADAM
2641 MIAMI AVE
CLOVIS, CA 93611

XTECHS.SUPPORT
ATTN: NIK MARGULSKI
9172 GREENBACK LANE
ORANGEVALE, CA 95662

YONKERS CONSUMER PROTECTION BUREAU
87 NEPPERHAN AVE
ROOM 212
YONKERS, NY 10701

ZARATE, BRANDON
618 TEHAMA AVENUE
OROVILLE, CA 95965

ZHUK, KONSTANTIN
1829 LAUREL LANE
WEST SACRAMENTO, CA 95691