# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| SUNWORKS, INC., *et al.*,[1] | ) Case No. 24-10215-LSS |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) RE: Docket No. |

### ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING (A) THE REJECTION OF THE ENTERPRISE AGREEMENTS AND (B) THE SURRENDER OF THE REMAINING VEHICLES, AND (II) GRANTING RELATED RELIEF

Upon the *Trustee's Motion for Entry of an Order (I) Authorizing (A) the Rejection of the Enterprise Agreements and (B) the Surrender of the Remaining Vehicles, and (II) Granting Related Relief* (the "Motion");[2] the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and appropriate notice of the Motion and opportunity for a hearing having been provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to reject the Enterprise Agreements, and each such agreement is hereby rejected as of the Petition Date.

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Sunworks, Inc. (24-10215 LSS); Solcius, LLC (24-10216 LSS); Commercial Solar Energy, Inc. (24-10217 LSS); and Sunworks United, Inc. (24-10218 LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

68750339\2

3. The Trustee is authorized to surrender, and Enterprise is authorized to retake possession of, any Remaining Vehicles. The automatic stay, to the extent applicable, is modified accordingly.

4. The surrender of the Surrendered Vehicles to Enterprise is hereby approved, retroactive to the dates that such surrenders occurred. The automatic stay, to the extent applicable, is modified accordingly.

5. Notwithstanding anything to the contrary herein, the Trustee's and Enterprise's respective rights are preserved with respect to any Equity Payments that may be owed to the Debtors on account of any returned Vehicles, including without limitation any Surrendered Vehicles, and any Remaining Vehicles.

6. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any contract pursuant to Section 365 of the Bankruptcy Code.

7. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. The Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from the implementation of this Order.

68750339\2